GIPSON HOFFMAN & PANCIONE
A Professional Corporation
ALLEN L. MICHEL (State Bar No. 66852)
*AMichel@ghplaw.com*
1901 Avenue of the Stars, Suite 1100
Los Angeles, California 90067-6002
Telephone: (310) 556-4660
Facsimile: (310) 556-8945

LAVAEE LAW GROUP
*myl@lavaeegroup.com*
MICHAEL Y. LAVAEE (State Bar No. 256149)
8665 Wilshire Blvd., Suite 208
Beverly Hills, CA 90211
Telephone: (310) 331-8484
Facsimile: (310) 861-1580

Attorneys for Plaintiff
MOUSSA LAVAEE

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MOUSSA LAVAEE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE, a federal association organized and existing under the laws of the United States of America; MOSES MORTAZAVI, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: SACV 17-01658-JVS JDEx<br><br>Judge: Hon. James V. Selna<br><br>**ORDER REMANDING CASE TO STATE COURT** |

**ORDER**

The Court, having considered the Joint Stipulation Requesting the Case Be Remanded to State Court, finds that:

Because the First Amended Complaint filed on November 28, 2017, contains no federal claims and there is no longer diversity jurisdiction based on the addition of the new defendant, Moses Mortazavi, this case should be remanded to the California Superior Court, for the County of Orange, where it was originally filed.

IT IS HEREBY ORDERED that this case be remanded to the California Superior Court, for the County of Orange, with each party to bear their own costs.

Dated: December 11, 2017   _____
Hon. James V. Selna
Judge of the United States District Court